THE STATE OF OHIO, APPELLANT, *v.* MUSTAFA ET AL., APPELLEES.

2016-Ohio-8364.]

(Nos. 2016–0179 and 2016–0201—Submitted December 20, 2016—Decided December 27, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Shalash,* 148 Ohio St.3d 611, 2016-Ohio-8358, 71 N.E.3d 1089, and this cause is remanded to the trial court for further proceedings consistent with our decision in *Shalash.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellant.